UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In Re:

ANNABELLE ZARATZIAN,
                Debtor.
--------------------------------------------------------x

--------------------------------------------------------x
ANNABELLE ZARATZIAN,
                Appellant,
v.

BANK OF NEW YORK MELLON, f/k/a
The Bank of New York as Trustee,
                Appellee.
--------------------------------------------------------x

**ORDER**

22 CV 5343 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is

HEREBY ORDERED:

    1. Appellee's opposition brief is due **August 29, 2022**.

    2. Appellant's reply brief in support of her principal brief (Doc. #4) is due **September 12, 2022**.

Dated: August 17, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge