UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

ANNABELLE ZARATZIAN,
               Debtor.
------------------------------------------------------------X     22 **CIVIL** 5343 (VB)

ANNABELLE ZARATZIAN,
               Appellant

        -v-                                         **JUDGMENT**

BANK OF NEW YORK MELLON,
formerly known as The Bank of New York,
as Indenture Trustee,
               Appellee.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2023, the Bankruptcy Court's Order of June 7, 2022, is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 9, 2023

                                                           **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                  **BY:**

                                                                  **Deputy Clerk**